
FILED 11 MAR '14 15:44 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

**UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CHARLES DOUGLAS MIGUEL,<br>KARISAH JANE DIXON, and<br>TANTENIA FRANTASIA CALDWELL,<br><br>Defendants. | Case. No. 3:14-cr-00110-mo<br><br>**INDICTMENT**<br><br>18 U.S.C. §§ 1591, 1594, 2421, 2428<br><br>**UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**Sex Trafficking Conspiracy**

On or about and between January 2012 and March 2012, in the District of Oregon and elsewhere, **CHARLES DOUGLAS MIGUEL** and **KARISAH JANE DIXON**, defendants herein, did conspire with one another, in and affecting interstate commerce, to recruit, entice, harbor, transport, provide, obtain, and maintain by any means, persons, including A.L. and D.H., knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause A.L. and D.H. to engage in a commercial sex act; all in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1), and 1594(a) and (c).

## COUNT 2
**Mann Act**

On or about January 10, 2012, in the District of Oregon and elsewhere, **TANTENIA FRANTASIA CALDWELL**, defendant herein, did knowingly transport, and cause to be transported a person, A.L., in interstate commerce from the State of Oregon to the State of Washington, while having the intent that A.L. engage in prostitution; all in violation of Title 18, United States Code, Section 2421.

## COUNT 3
**Mann Act**

On or about January 24, 2012, in the District of Oregon and elsewhere, **CHARLES DOUGLAS MIGUEL**, defendant herein, did knowingly transport, and cause to be transported, persons, specifically, A.L. and D.H., in interstate commerce from the State of Oregon to the State of California, while having the intent that A.L. and D.H. engage in prostitution; all in violation of Title 18, United States Code, Section 2421.

## COUNT 4
**Mann Act**

On or about March 8, 2012, in the District of Oregon and elsewhere, **CHARLES DOUGLAS MIGUEL**, defendant herein, did knowingly transport, and cause to be transported, a person, D.H., in interstate commerce from the State of Oregon to the State of Washington, while having the intent that D.H. engage in prostitution; all in violation of Title 18, United States Code, Section 2421.

## **CRIMINAL FORFEITURE ALLEGATIONS**

Upon conviction of the offense set forth in Count 1, **CHARLES DOUGLAS MIGUEL** and **KARISAH JANE DIXON**, defendants herein, shall forfeit to the United States

pursuant to Title 18, United States Code, Section 1594, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violations.

Upon conviction of the offense set forth in Count 2, **TANTENIA FRANTASIA CALDWELL**, defendant herein, shall forfeit to the United States pursuant to 18 U.S.C. § 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violations.

Upon conviction of either of the offenses set forth in Counts 3 and 4, **CHARLES DOUGLAS MIGUEL**, defendant herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violations.

DATED this 11 day of March 2014.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

*/s/ Stacie F. Beckerman*
STACIE F. BECKERMAN, OSB #062397
Assistant United States Attorney

INDICTMENT - *United States v. Charles Douglas Miguel, et al.*                Page 3