FILED 24 JUL '15 13:19 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:14-CR-00110-02-SI |
| v. | SUPERSEDING INFORMATION |
| KARISAH JANE DIXON, | 18 U.S.C. § 1071 |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES**:

**COUNT 1**
**(Harboring a Fugitive)**
**(18 U.S.C. § 1071)**

Between May 8, 2014, and July 29, 2014, in the District of Oregon and elsewhere, the defendant, KARISAH JANE DIXON, harbored and concealed a person for whose arrest a warrant and process had been issued under the provisions of a law of the United States, so as to prevent the discovery and arrest of CHARLES DOUGLAS MIGUEL after notice and knowledge of the fact that a warrant and process had been issued for the apprehension of CHARLES DOUGLAS MIGUEL, and which warrant had been issued on the felony charges of Sex Trafficking Conspiracy in violation of 18 U.S.C. §§ 1591(a)(1), (b)(1), 1594(a), (c) and (Mann Act)(18 U.S.C. § 2421) in *U.S. v. Charles Douglas Miguel,* 3:14-CR-00110-SI.

All in violation of Title 18, United States Code, Section 1071.

Dated this 24th day of June, 2015.

BILLY J. WILLIAMS
Acting United States Attorney

JENNIFER J. MARTIN
Assistant United States Attorney