# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

UNITED STATES OF AMERICA

v.

TANTENIA CALDWELL,

    Defendant.

3:14-CR-00110-03-SI

ORDER TO DISMISS

Based on the government's motion filed pursuant to Fed. R. Crim. P 48 (a), it is hereby ordered that the indictment is dismissed without prejudice as to this defendant, pursuant to Fed. R. Crim. P. 48 (a).

Dated this 26th day of February 2016.

/s/ Michael H. Simon
HONORABLE MICHAEL H. SIMON
United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney


/s/ Jennifer J. Martin
JENNIFER J. MARTIN, OSB #84285
Assistant United States Attorney